UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA PENDLETON, | ) | CIV 16-4171 |
| Plaintiff | ) | |
| vs. | ) | MOTION FOR ADMISSION PRO HAC VICE |
| 1st FINANCIAL BANK, USA | ) | |
| Defendant. | ) | |

### Statement of Movant

I, Cesar Juarez, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Alexis M. Wood, who will be counsel for the ☑ plaintiff(s) ☐ defendant(s) Alexis M. Wood in the case listed above. I have confirmed that Alexis M. Wood is a member in good standing of the U.S. District Court for the District of California (Southern) and is also a member in good standing of the highest court of the state of California, where Alexis M. Wood's principal practice is located. I am aware of Local Rule 83.3 (E) regarding the appearance of attorneys pro hac vice.

December 15, 2016
Date

Signature

### Statement of Proposed Admittee

I, Alexis M. Wood, am currently a member in good standing of the U.S. District Court for the District of California. I am also a member in good standing of the highest court of the state of California, where my principal practice is

located, but am not admitted to the Bar of this Court. I am aware of Local Rule 83.3 (E) regarding the appearance of attorneys pro hac vice. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | Alexis Marie Wood |
| Primary Email address: | Alexis@consumersadvocates.com |
| Other email addresses to be notified | ecf@consumersadvocates.com |
| Telephone number: | 619-696-9006 |
| Fax number: | 619-564-6665 |
| Firm Name | Law Offices of Ronald A. Marron |
| Firm Address | 651 Arroyo Drive |
| | San Diego, CA 92103 |
| Bar Admission Number | 270200 |

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov.
- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.
- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

| | | |
|---|---|---|
| 12/13/2016 | Alexis M. Wood | /s/ Alexis M. Wood |
| Date | Type/Print Name | Signature |