UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA PENDLETON, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>1st FINANCIAL BANK, USA,<br><br>Defendant. | CIV. 16-4171<br><br>JUDGE LAWRENCE L. PIERSOL<br><br>MOTION FOR ADMISSION PRO HAC VICE |

### Statement of Movant

I, Elizabeth S. Hertz, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Raymond Y. Kim, who will be counsel for Defendant 1st Financial Bank, USA in the above-captioned case. I have confirmed that Mr. Kim is a member in good standing of the Bar for the U.S. District Courts for the Central District of California, Southern District of California, Northern District of California, and Eastern District of California, and is also a member in good standing of the bar of the highest court of the State of California, where Mr. Kim's principal practice is located. I am aware of Local Rule 83.3(E) regarding the appearance of attorneys pro hac vice.

9/20/17
Date

Elizabeth S. Hertz

## Statement of Proposed Admitee

I, Raymond Y. Kim, am currently a member in good standing of the District Court for the Central District of California, Southern District of California, Northern District of California, and Eastern District of California. I am also a member in good standing of the highest court of the state of California, where my principal practice is located, but am not admitted to the Bar of the Court. I am aware of Local Rule 83.2(E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

First/Middle/Last Name: Raymond Y. Kim

Primary E-mail Address: RKim@ReedSmith.com

Other E-mail Address to be notified:

Telephone Number: 213.457.8105

Fax Number: 213.457.8080

Firm Name: Reed Smith LLP

Firm Address: 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071

Bar Admission Number: CA Bar Number 251210

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov

- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.
- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.
- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

Sept. 20, 2017
Date

Raymond Y. Kim
Type/Print Name

_____
Signature